# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 23-cr-0654-CAB |
|---|---|
| Plaintiff, | **ORDER AND JUDGMENT ON UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE** |
| v. | |
| ISMAEL CRUZ-DIAZ<br>a.k.a. Ismael Diaz, | |
| Defendant. | |

IT IS HEREBY ORDERED AND JUDGMENT OF THE COURT the United States of America's Motion to Dismiss the Information Without Prejudice (ECF No. 24) is GRANTED. The Court dismisses the Information without prejudice.

IT IS SO ORDERED.

DATED: 5/10/2023

_____
HON. CATHY ANN BENCIVENGO
United States District Judge